AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| Malibu Textiles, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Muse Luxury Group LLC d/b/a The Holt Store and Elisea Holt Fenster | ) | `16-cv-61102-Williams/Simonton` |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elisea Holt Fenster
2910 SW 30th Ave., Suite 1
Hallandale, Florida 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____ May 24, 2016

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Malibu Textiles, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Muse Luxury Group LLC d/b/a The Holt Store and | ) |
| Elisea Holt Fenster | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  16 Civ.

`16-cv-61102-Williams/Simonton`

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Muse Luxury Group LLC d/b/a The Holt Store
2910 SW 30th Ave., Suite 1
Hallandale, Florida 33009


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 24, 2016
_____

Steven M. Larimore
Clerk of Court

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts